IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL CASE NO. 1:25cr10009-SOH |
| | ) |
| ROBERT MATTHEW HENNINGER, | ) |
| DEFENDANT | ) |

**INFORMATION**

The United States charges that:

**COUNT ONE**

*(False Statement During Purchase of a Firearm)*

On or about November 29, 2023, in the Western District of Arkansas, El Dorado Division, the defendant, **ROBERT MATTHEW HENNINGER**, in connection with the acquisition and attempted acquisition of any one or more of the following firearms:

    a. Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A096767
    b. Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A096770
    c. Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A097751
    d. Bear Creek Arsenal model BCA15, multi-caliber pistol, serial number A097758

All from Blackwood Gold & Silver Exchange, Magnolia, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **ROBERT MATTHEW HENNINGER** stated on ATF Form 4473, question 21(a), that he was "the actual

transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact he was not the actual transferee because he had already arranged for the sale of those firearms prior to acquiring them.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The allegations contained in Count One of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **ROBERT MATTHEW HENNINGER**, has an interest pursuant to pursuant Title 18 U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c).

Upon conviction of Count One of this Information, the Defendant, **ROBERT MATTHEW HENNINGER**, shall forfeit to the United States pursuant 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense of conviction, specifically:

a. REMINGTON ARMS COMPANY, INC 1911R1 Pistol CAL:45 SN:RH89539A, (24-ATF-4644),
b. TAURUS INTERNATIONAL PT111 G2A Pistol CAL:9 SN:TLT78942, (24-ATF-4646),
c. SMITH & WESSON M&P 9 SHIELD PL Pistol CAL:9 SN:JLJ9762, (24-ATF-4647),
d. RUGER EC9S Pistol CAL:9 SN:456-53407, (24-ATF-4648),
e. SMITH & WESSON 629 CLASSIC Revolver CAL:44 SN:CJP3720, (24-ATF-4649),
f. GIRSAN REGARD MC Pistoll CAL:9 SN:T6368-21A13838, (24-ATF-4653),
g. CANIK55 METE SFX Pistol CAL:9 SN:T6472-21 BY 04933, (24-ATF-4655),
h. WALTHER PPS Pistol CAL:9 SN:BB3654, (24-ATF-4656),
i. BERIKA ARMS (FEDARM TK) FX3 Shotgun CAL:20 SN:B19SA4130, (24-ATF-4660),
j. BERIKA ARMS (FEDARM TK) FTS Shotgun CAL:Unknown SN:B19PA4064, (24-ATF-4661),
k. SAVAGE AXIS Rifle CAL:308 SN:N355891, (24-ATF-4662),
l. SAVAGE ARMS INC. (CD) 93 Rifle CAL:22 SN:1923029, (24-ATF-4664),

m. BERIKA ARMS (FEDARM TK) Unknown Shotgun CAL:Unknown SN:B19PX4199, (24-ATF-4665),
n. DERYA ARMS (DERYA SILAH SANAYI) MERIVA Shotgun CAL:12 SN:ATW000854, (24-ATF-4667),
o. REMINGTON ARMS COMPANY, INC. NYLON 10 Rifle CAL:22 SN:2249594, (24-ATF-4669),
p. SUN CITY MACHINERY CO., LTD STEVENS 320 Shotgun CAL:12 SN:163014K, (24-ATF-4672),
q. TOROS ARMS COPOLLA PA-1225 Rifle CAL:12 SN:21PA-2109, (24-ATF-4675),
r. CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) ROSSI RS22 Rifle CAL:22 SN:7CA120209L, (24-ATF-4678),
s. Ruger 10/22 Rifle CAL:22 SN:0015-16334, (24-ATF-4680),
t. WINCHESTER 190 Rifle CAL:22 SN:B1306224, (24-ATF-4684),
u. SUN CITY MACHINERY CO., LTD STEVENS 320 Shotgun CAL:12 SN:215902N, (24-ATF-4686),
v. BEAR CREEK ARSENAL BCA15 RECEIVER/FRAME CAL:Multi SN:A097107, (24-ATF-4693),
w. CZ (CESKA ZBROJOVKA) SCORPION EVO 3 Pistol CAL:9 SN:E095409, (24-ATF-4695),
x. ZEV TECHNOLOGIES INC. (MEGA ARMS) OZ9 RECEIVER/FRAME CAL:Unknown SN:Unknown, (24-ATF-4698), and a
y. SMITH & WESSON M&P 40 Pistol CAL:40 SN:NBA2913 (24-ATF-4700).

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By  _____
BENJAMIN WULFF
Assistant United States Attorney
Western District of Arkansas